# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.:   21MJ8527 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | Title 21 U.S.C. §§ 952 and 960 |
| Aylin Fernanda ZUNIGA-Amador, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about June 21, 2021, within the Southern District of California, defendant, Aylin Fernandez ZUNIGA-Amador did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960, a felony.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent David Carlson
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 22nd day of June, 2021.

_____
HON. RUTH BERMUDEZ MONTENEGRO
U. S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Aylin Fernanda ZUNIGA-Amador

## STATEMENT OF FACTS

This Complaint and Statement of Facts is based on the reports, documents, and notes furnished to United States Homeland Security Investigations Special Agent David Carlson.

On June 21, 2021 at approximately 6:50 a.m., Aylin Fernanda ZUNIGA-Amador (ZUNIGA), a Lawful Permanent Resident, applied for entry into the United States at the Calexico, California East Port of Entry via the vehicle primary lanes. ZUNIGA was the driver, registered owner, and sole occupant of a 2016 Nissan Sentra (Nissan) bearing California registration.

The primary inspector Customs and Border Protection Officer (CBPO) A. Rodriguez took a negative customs declaration from ZUNIGA. ZUNIGA told CBPO A. Rodriguez she was going to pick up her paycheck from the Dillard's department store in El Centro, California. Upon conducting a cursory inspection of the Nissan's trunk area, CBPO A. Rodriguez discovered a vacuum-sealed package in the passenger-side rear quarter panel of the Nissan. ZUNIGA and the Nissan were referred to secondary inspection. ZUNIGA was escorted to the vehicle secondary office where a pat-down search was conducted on ZUNIGA, which yielded negative results for contraband.

The Nissan was screened by the Z-Portal x-ray machine. After the screening, CBPO H. Siqueiros noticed several anomalies in the Nissan's quarter-panels, doors, floorboard,

and front and rear seat areas. The Nissan was then screened by a Canine Enforcement Officer (CEO) utilizing their Human Narcotics Detection Dog (HNDD). The HNDD screening resulted in a positive alert to the Nissan's passenger-side rear floorboard for the presence of narcotics.

Upon further inspection of the Nissan, a total of 71 packages containing a crystal-like substance were discovered concealed in the firewall, the seats, the rear quarter-panels, both the driver and passenger side floorboards, and the gas tank. The packages weighed a total of 143.30 kilograms (315.92 pounds). A sample from the packages was tested utilizing the GEMINI analyzer and results showed positive for methamphetamine. Homeland Security Investigations Special Agents were notified of the incident and responded to the scene.

ZUNIGA was placed under arrest and charged with violation of Title 21, United States Code sections 952 and 960, for Importation of a Controlled Substance, and was issued a Notice to Appear dated June 29, 2021 at 8:00 a.m.